

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com          t 646.375.2119     c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com             t 646.375.2117     c 917.238.9332

March 22, 2021

VIA ECF
VIA FAX: 212 805 7942

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
3/23/21

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Juan S. Cordero*, et al 21 Cr. 132 (AKH)
      Bail conditions for Adael Ariel Figaro

Dear Judge Hellerstein:

I represent Mr. Adael Figaro in the above referenced matter.  Pursuant to Mr. Figaro's bail conditions as set forth in Document #15, we have until March 24, 2021 to provide two financially responsible persons to co-sign the bond.  We are still in the process of securing two financially responsible co-signers.  We have never requested an extension of time concerning this issue before.  My client anticipates that his mother will be able to serve as one of the financially responsible persons and is waiting for his mother to return from her vacation.  We anticipate her return from vacation this week.  I write to respectfully request an additional two weeks to April 7, 2021 to acquire the two financially responsible persons.

I have spoken with the Government and the Government has no objection to my request.  Accordingly, Your Honor's immediate attention is greatly appreciated.

I appreciate Your Honor's consideration.

Respectfully submitted,

Esere J. Onaodowan, Esq.

CC via email:  AUSA Patrick Moroney
               AUSA Marguerite Colson

116 West 23rd Street, 5th Fl, NY 10011    f 646 677 6918   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw