

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com     t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com     t 646.375.2117   c 917.238.9332

April 6, 2021

**VIA ECF**
**VIA FAX: 212 805 7942**

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
4/8/21

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *United States v. Juan S. Cordero*, et al 21 Cr. 132 (AKH)
             Bail conditions for Adael Ariel Figaro

Dear Judge Hellerstein:

     I represent Mr. Adael Figaro in the above referenced matter. Pursuant to Mr. Figaro's bail conditions as set forth in Document #15, we must provide two financially responsible persons to co-sign the bond. We are still in the process of securing two financially responsible co-signers. We have previously requested, and were granted, an extension of time concerning this issue before. The Court granted us a two-week extension from March 24, 2021 to April 7, 2021. Unfortunately, we write again to request an additional one-week extension to April 14, 2021 to acquire the two financially responsible persons.

     I have spoken with the Government and the Government has no objection to my request. Accordingly, Your Honor's immediate attention is greatly appreciated.

     I appreciate Your Honor's consideration.

Respectfully submitted,

Esere J. Onaodowan, Esq.

CC via email:  AUSA Patrick Moroney
                  AUSA Marguerite Colson