UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

-against-

ADAEL FIGARO.

                                  Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

21 Cr. 132 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a bail violation hearing on September 2, 2021, at 2:30 p.m. The hearing shall be held in-person.

       SO ORDERED.

Dated:    August 31, 2021               ___/s/ Alvin K. Hellerstein_____
            New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge