

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com     t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com     t 646.375.2117   c 917.238.9332

**October 26, 2021**

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED.

/s/ Alvin K. Hellerstein
October 27, 2021

      **RE:** *United States v. Adael Figaro* 21 Cr. 132 (AKH)
            Modification of Bail Conditions

Dear Judge Hellerstein:

      I represent Mr. Adael Figaro in the above referenced matter.  We write to respectfully request that the bail conditions set by Your Honor on September 28, 2021 be modified for Mr. Figaro to be able to work at his new place of employment.

      On September 26, 2021, Mr. Figaro was offered a position with the Cipriani Banquet Hall cleaning crew located at 55 Wall Street, New York, New York.  Mr. Figaro was hired as a part time member of the cleaning crew and was assigned the overnight shift working from 10pm – 6am.  He was paid $15 per hour.  To accommodate Mr. Figaro's work schedule, the Court modified Mr. Figaro's bail conditions permitting Mr. Figaro to leave his home at 1pm and return home at 9am the next day only on the days that he is working.  On the days that he was not working, the Court set Mr. Figaro's curfew from 8am to 8pm.

      On October 13, 2021, Mr. Figaro fortunately got a new, higher paying job.  He was hired by FedEx Ground shipping located at 10 Herrman Place, Yonkers, New York.  We have provided pretrial services with a copy of Mr. Figaro's FedEx employee Photo ID card and a work schedule.  While this is still a part-time job, he will now be earning $17.30 per hour.  His schedule for work is the overnight shift from Tuesday to Saturday, 2am – 7am.  At FedEx, Mr. Figaro can work overtime by picking up extra shifts as they become available. With the holiday season approaching, Mr. Figaro will also be able to work fulltime hours during the holiday season.  To accommodate his new working hours at FedEx, we are asking that the Court modify his bail conditions so that he is permitted to leave his home by 1am every day and return to his home by 7pm every day.  This will allow Mr. Figaro to work his regular shifts and be able to pick any extra shifts as they arise.  There are times when the extra shifts arise while he is already at work or moments before his regular shift ends.  Mr. Figaro has already begun working at FedEx and the opportunities for extra shifts are available.

116 West 23rd Street, 5th Fl, NY 10011   f 646 677 6918   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw



**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  t 646.375.2119  c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com  t 646.375.2117  c 917.238.9332

Mr. Figaro understands that should the Court modify his bail conditions as requested, his location and movement will still be closely monitored, and the new curfew requires continued strict compliance from him. Mr. Figaro further understands that he must keep pretrial services abreast of any changes to his employment and work schedule, should anything change. Mr. Figaro understands and agrees that he must continue to provide pretrial services with his paystubs and checks as proof of continued employment.

I have conferenced this matter with the Government and pretrial services and all parties consent to the proposed bail modification.

For those reasons, Your Honor's immediate attention is appreciated.

Respectfully submitted,

Esere J. Onaodowan, Esq.

CC via email:  AUSA Patrick Moroney
Pretrial Officer Jonathan Lettieri