```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    21 Cr. 132-5 (AKH)
     -against-                       :    ORDER
                                     :
Adael Ariel Figaro                   :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

ALVIN K. HELLERSTEIN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the curfew requirement, while maintaining GPS monitoring.

Dated: New York, New York
       December  2 , 2021

SO ORDERED:

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge