UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ADAEL ARIEL FIGARO,

Defendant.

21-CR-132 (AKH)

ORDER

ALVIN K. HELLERSTEIN, District Judge:

On October 24, 2022, the defendant was sentenced principally to a term of imprisonment of thirty months.

On February 21, 2024, the defendant filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.

The Court has considered the record in this case, and the submissions on this motion of the defendant. It is hereby ORDERED that the defendant is ineligible for this reduction because Mr. Figaro is not a zero-point offender, nor were status points included in the calculation of his sentencing guidelines. Therefore, the Amendment 821 directives do not warrant a reduction in sentence, and this motion is denied.

SO ORDERED.

ALVIN K. HELLERSTEIN
United States District Judge

Dated: July 22, 2024
New York, New York